IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 5 2005

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Criminal No. 7:01CR00079 |
| **GILBERT BOSO AWUAH**<br>    aka "**KWAKU BOATENG**"<br>    aka "**KB**" | : |

## ORDER OF DISMISSAL

Upon Motion of the United States of America for the dismissal of the Indictment and Warrant against **GILBERT BOSO AWUAH, aka "KWAKU BOATENG", aka "KB"**, and it appearing that **GILBERT AWUAH** is not the correct name of the person committing the offenses in the Indictment, and for good cause shown

**IT IS HEREBY ORDERED** that the Indictment returned August 23, 2001, and the resulting Warrant against **GILBERT BOSO AWUAH, aka "KWAKU BOATENG", aka "KB"**, be dismissed without prejudice.

The Clerk of this Court shall certify a copy of this Order to the following: Honorable G. Wayne Pike, United States Marshal, P. O. Box 2280, Roanoke, Virginia 24009; William P. Ross, III, Chief, United States Probation Office, P. O. Box 1563, Roanoke, Virginia 24007; Special Agent Patrick O. Pavich, United States Secret Service, 105 Franklin Road, S.W., Suite 2, Roanoke, Virginia 24011; Elizabeth Legiec, Esquire, 17 Fulton Street, Newark, New Jersey 07102,

counsel for Gilbert Boso Awuah; and the Honorable John L. Brownlee, United States Attorney, P. O. Box 1709, Roanoke, Virginia 24008-1709.

ENTERED this  15th  day of March, 2005.

UNITED STATES DISTRICT JUDGE